# IN THE SUPREME COURT OF THE STATE OF NEVADA

TED MICHAEL DONKO,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 84755

**FILED**

JUN 09 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the Findings of Fact, Conclusions of Law and Order Denying/Dismissing Petition for Writ of Habeas Corpus." Eighth Judicial District Court, Clark County; Michael Villani, Judge.

This court's review of this appeal reveals a jurisdictional defect. The documents before this court indicate that a petition has not been filed in district court case number C-19-345584-1, the case number designated in this appeal.[1] Thus, this appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). In addition, it does not appear from the district court docket and minute

---

[1] A habeas corpus petition was filed in related district court case number A-22-852928-W. Appellant may file an appeal in that district court case number after a written judgment or order is filed.

22-18427

entries that the district court has entered any appealable order. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Michael Villani, District Judge
       Ted Michael Donko
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk